[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-15467
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cv-20906-UU

MATHIEU LEVY,

Plaintiff - Appellant,

versus

REMY COINTREAU USA, INC.,
a foreign profit corporation,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(May 26, 2015)

Before MARCUS, WILSON, and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Mathieu Levy appeals the dismissal of his complaint against his former employer, Remy Cointreau USA, Inc. (Remy).  Levy filed suit in district court, seeking unpaid overtime pay under the Fair Labor Standards Act (FLSA).  His complaint alleged that he worked in excess of 40 hours per week without receiving the premium under the Act.  In the proceedings below, both parties moved for summary judgment, and the district court granted Remy's motion, dismissing Levy's claim in its entirety.

After consideration of the parties' briefs and upon thorough review of the record, we find that the district court properly entered summary judgment.  As the district court correctly found, "because there is no genuine issue that Levy was a highly compensated employee within the meaning of the regulations, his past employment is exempt from the overtime provision of the FLSA under the administrative employee exemption."  This exemption applies "regardless of whether [Levy's] primary duty involved the exercise of discretion and independent judgment with respect to matters of significance."  Accordingly, the judgment of the district court is

**AFFIRMED.**